# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 194 | **DATE** | 5/15/2009 |
| **CASE TITLE** | Calhoun v. Schaldach et al | | |

**DOCKET ENTRY TEXT:**

Pursuant to the request of the court and by agreement of parties, telephonic conference is set for 9:30 a.m. on May 20, 2009. Plaintiff's attorney to initiate call.

*/s/ Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | JT |
|---|---|---|