# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 194 | **DATE** | 5/20/2009 |
| **CASE TITLE** | Calhoun v. Schaldach et al | | |

**DOCKET ENTRY TEXT:**

Telephonic conference held with all attorneys to schedule mediation. Mediation set for 12:30 p.m. on June 5, 2009 at the Federal Courthouse in Madison, Wisconsin. Confidential settlement letters to be sent to this court by June 1, 2009.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | JT |
|---|---|---|