# United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 194 | **DATE** | 9/23/2009 |
| **CASE TITLE** | Calhoun v. Schaldach et al | | |

**DOCKET ENTRY TEXT:**

As this case is set for trial on October 13, 2009, if the attorneys wish to restart mediation, they are to contact my chambers by telephone at 815-987-4480.

*Philip G. Reinhard*

Electronic Notices

| | Courtroom Deputy Initials: | JT |
|---|---|---|