UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SHERRY CALHOUN,

    Plaintiff,

v.

                                                              Case No. 08-CV-194

DAVID SCHALDACH, individually;
CHARLES AMUNDSON, individually;
and JOHN CRAM, individually,

    Defendants.

## ORDER ON PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND MOTION TO APPEAR IN STREET CLOTHES AND WITHOUT RESTRAINTS

Based on the unopposed Petition for Writ of Habeas Corpus Ad Testificandum, as well as the unopposed Motion to Appear for Trial in Street Clothes and Without Restraints,

IT IS HEREBY ORDERED:

1. The Warden of Dodge Correctional Institute, 1 West Lincoln Street, Waupun, Wisconsin 53963, is directed to safely deliver David Schaldach (Inmate No. 530099, Date of Birth: 02/19/47) to any United States Marshal, or his deputy, who shall deliver David Schaldach to the United States District Court for the Western District Court on or before October 13, 2009 at 9:00 a.m. to participate and testify in the jury trial in Western District of Wisconsin Case No. 08-CV-194;

2. The United States Marshall, or his deputy, is directed to safely return David Schaldach to the Warden of Dodge Correctional Institute, 1 West Lincoln Street, Waupun, Wisconsin 53963, following completion of the jury trial in Western District of Wisconsin Case No. 08-CV-194; and

3. The United States Marshall is directed to allow David Schaldach to change into his street clothes in sufficient time to allow him to appear at all times during the trial of Western District of Wisconsin Case No. 08-CV-194, in street clothes and without restraints.

Dated this 5th day of October, 2009.

*Barbara B Crabb*
Honorable ~~William C. Griesbach~~
Barbara B Crabb